Robert G. Drummond
Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana  59403-1829
Telephone:  (406) 761-8600
Facsimile: (406) 453-4663
I.D. Number 0636
Trustee@MTChapter13.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

---

| | |
|---|---|
| In re ) | |
| ) | No. 11-61875-13 |
| RICHARD CALVIN INGRAM and ) | |
| BARBARA SUE INGRAM, ) | |
| ) | |
| Debtors. ) | |

---

**MOTION OF TRUSTEE TO DISMISS, AND NOTICE**

---

Pursuant to F.R.B.P. 1017 and Mont. LBR 1017-1(b), the undersigned respectfully moves the Court to dismiss the above-entitled case.  The grounds for this motion are as follows:

Cause for dismissal exists pursuant to 11 U.S.C. § 1307(c) because the Debtors have failed to turn over copies of their 2014 Federal tax returns as required by 11 U.S.C. § 521(f)(4)(B) and Mont. L.B.R. 3015-4.  Additionally, the Debtors have failed to comply with the Trustee's directive as required by 11 U.S.C. § 521(a)(4) directing them to turn over copies of their Federal tax returns.

1

DATED November 17, 2015.

>Chapter 13 Standing Trustee
>P. O. Box 1829
>Great Falls, Montana 59403-1829
>
>
>By /s/ Robert G. Drummond\_\_\_\_
>    Trustee

## NOTICE OF OPPORTUNITY TO RESPOND AND REQUEST A HEARING

**If you object to the motion, you must file a written responsive pleading and request a hearing within fourteen (14) days of the date of the motion. The responding party shall schedule the hearing on the motion at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

> **NOTICE OF HEARING**
> **Date:**_____
> **Time:**_____
> **Location:**_____

**If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

DATED November 17, 2015.

>Chapter 13 Standing Trustee
>P. O. Box 1829
>Great Falls, Montana 59403-1829
>
>
>By /s/ Robert G. Drummond_____
>    Trustee

## CERTIFICATE OF MAILING

    I, the undersigned, do hereby certify under penalty of perjury that a copy of the within and foregoing MOTION OF TRUSTEE TO DISMISS, AND NOTICE was sent by first class mail postage prepaid on November 17, 2015, at Great Falls, Montana, and directed to the following:

        RICHARD CALVIN and BARBARA SUE INGRAM
        5506 BOBBY JONES BLVD.
        BILLINGS, MT 59106

                          /s/ Tiffany Floerchinger _____
                          Tiffany Floerchinger